opinion. Motion to dismiss appeal denied. Order filed. See, also, 153 App. Div. 887, 138 N. Y. Supp. 1114.

---

DOELLINGER, Respondent, v. NEW YORK EVENING JOURNAL PUB. CO., Appellant. SAME v. STAR CO. (Supreme Court, Appellate Division, First Department. November 14, 1913.) Actions by Alice Doellinger against the New York Evening Journal Publishing Company and against the Star Company. C. J. Shearn, of New York City, for appellants. R. Maggio, of New York City, for respondent. No opinion. Orders affirmed, with $10 costs and disbursements. Orders filed..

---

DRDA, Respondent, v. KOMANCEK et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 24, 1913.) Action by Antoinette Drda against Joseph Komancek and other. No opinion. Order affirmed, with $10 costs and disbursements.

---

DREYER, Respondent, v. McCORMACK REAL ESTATE CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 25, 1913.) Action by William F. Dreyer against the McCormack Real Estate Company. PER CURIAM. Order affirmed, with costs. Appeal to Court of Appeals denied. 143 N. Y. Supp. 1114. THOMAS, J., dissents, on authority of O'Beirne v. Lloyd, 43 N. Y. 248.

---

DREYER, Respondent, v. McCORMACK REAL ESTATE Co., Appellant. (Supreme Court, Appellate Division, Second Department. October 10, 1913.) Action by William F. Dreyer against the McCormack Real Estate Company. No opinion. Motion for leave to appeal to the Court of Appeals (from 143 N. Y. Supp. 1114) denied, without costs, on the ground that the Court of Appeals can only hear such an appeal on a stipulation for judgment absolute.

---

DRISCOLL, Respondent, v. CADILLAC HOTEL CO., Appellant. (Supreme Court, Appellate Division, First Department. October 24, 1913.) Action by Cornelius Driscoll against the Cadillac Hotel Company. G. M. Pinney, of New York City, for appellant. H. C. Smyth, of New York City, for respondent. PER CURIAM. Exceptions overruled, and judgment ordered on verdict. Settle order on notice. INGRAHAM, P. J., and CLARKE, J., dissent.

---

DRUMMOND, Respondent, v. DI PAOLO, Appellant. (Supreme Court, Appellate Division, First Department. October 24, 1913.) Action by Michael J. Drummond, as commissioner, against Frank Di Paolo. M. Wechsler, of New York City, for appellant. T. Farley, of New York City, for respondent. No opinion.

Order affirmed, with $10 costs and disbursements. Order filed.

---

DRUMMOND v. KUNSTLER. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Appeal from Special Term, New York County. Action by Michael J. Drummond, commissioner, etc., on complaint of Freda Friedman against Isidor Kunstler. From an order of filiation, defendant appeals. Reversed and dismissed. Julius Offenbach, of New York City, for appellant. Terence Farley, of New York City, for respondent. PER CURIAM. We think the finding of the court below was against the weight of evidence. The judgment is therefore reversed and the proceeding dismissed. LAUGHLIN and DOWLING, JJ., dissent, and vote for affirmance.

---

DUCAS v. LOONEN. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Appeal from Trial Term, New York County. Action by Benjamin P. Ducas against Robert Loonen. Judgment for defendant, and plaintiff appeals. Reversed, and new trial ordered. Walter N. Seligsberg, of New York City, for appellant. Harrie C. Manheim, of New York City, for respondent. PER CURIAM. We think that the evidence adduced by the plaintiff established a prima facie case, and it was error to dismiss the complaint. The letter of the attorney for the plaintiff, written after the commencement of the action, was incompetent to destroy the cause of action, and was improperly admitted, unless set up by way of supplemental pleading. Judgment reversed, and new trial ordered, with costs to appellant to abide the event. DOWLING, J., dissents.

---

DUCHARDT et al., Respondents, v. HUXLEY et al., Appellants. (Supreme Court, Appellate Division, First Department. October 24, 1913.) Action by Kate Duchardt and others against Kate Huxley and others. T. F. Kennedy, of New York City, for appellants. L. L. Kellogg, of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

---

DUCKETT v. HOFFERBERTH. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Appeal by Alfred W. Duckett against Charles F. Hofferberth. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

---

DUKE v. AMERICAN MUSEUM OF NATURAL HISTORY. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Frank Duke against the American Museum of Natural History. No opinion. Motion denied, with $10 costs. Order filed. See, also, 157 App. Div. 637, 142 N. Y. Supp. 804.